92 F.3d 1181
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Muhammed Walliyullah Karim Abdul QADIR, a/k/a Muhammad W.K.
Abdul Qadir, Plaintiff-Appellant,
v.
Charles H. McBRIDE, individually and as Ex-Mayor and Head of
Cheraw Town Council; Bill Taylor, Sergeant, individually
and as the Cheraw Town Administrator; George Hartzell,
individually and as the Magistrate for the Town of Cheraw;
James Tilley, individually and as the Magistrate of the
County of Chesterfield; Harry Drakeford, individually and
as Ex-Chief for the Town of Cheraw; J.A. Graves,
individually and Chief of the Cheraw City Police Department;
John Spears, individually and as officer of the Cheraw City
Police Department; Randy Malloy, individually and as
officer of the Cheraw City Police Department; Officer
McClain, individually and as officer of the Cheraw City
Police Department; unknown names of insurance companies or
agents for defendants, individually and as agents for each
insurance company; unknown defendants of the City of
Cheraw; County of Chesterfield, South Carolina; State of
South Carolina; unknown defendants of Chesterfield General
Hospital, individually and in their official capacity,
Defendants-Appellees.
 No. 96-1222.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 23, 1996.
Decided July 30, 1996.
 
 Muhammed Walliyullah Karim, Appellant Pro Se.
 Andrew Foster McLeod, GRIGGS, SPRUILL & HARRIS, Cheraw, South Carolina, for Appellees.
 Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Karim Abdul Qadir v. McBride, No. CA-94-780-4-19BC (D.S.C. Feb. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED